

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2015

No. 04-15-00760-CR

Eddie ARRIOLA,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR2717
Honorable Raymond Angelini, Judge Presiding

## O R D E R

Pursuant to a plea agreement with the State, appellant pleaded nolo contendere to the offense of indecency with child-contact (repeater). The trial court imposed a sentence in the case in accordance with the agreement and signed a certificate stating this "[is] a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). Appellant timely filed a notice of appeal. The clerk's record, which includes the trial court's rule 25.2(a)(2) certification and written plea bargain agreement, has been filed. *See id.* R. 25.2(d). This court must dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." *Id*.

The clerk's record establishes the punishment assessed by the court in this case does not exceed the punishment recommended by the prosecutor and agreed to by the defendant. *See id.* R. 25.2(a)(2). The record also appears to support the trial court's certification that states appellant does not have a right to appeal in either case. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005) (holding that court of appeals should review clerk's record to determine whether trial court's certification is accurate).

Appellant is hereby given notice that this appeal will be dismissed pursuant to rule 25.2(d) of the Texas Rules of Appellate Procedure unless amended certifications showing that appellant has the right to appeal in this case is made part of the appellate record on or before **January 18, 2016**. *See* TEX. R. APP. P. 25.2(d); 37.1; *Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, order), *disp. on merits*, No. 04-03-00176-CR, 2003 WL 21508347 (July 2, 2003, pet. ref'd) (not designated for publication).

We **order** all appellate deadlines suspended until further order of the court. We further **order** the clerk of this court to serve copies of this order on the attorneys of record and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court